IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF NORTH CAROLINA

WESTERN DIVISION

CASE NO: 5:23-mj-02022-KS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DEFENDANT'S |
| VS. | ) | MOTION TO CONTINUE |
| | ) | (18 USC 3161 (h)(8)) |
| MARCUS GREENE | ) | |

      Pursuant to 18 U.S.C. 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. The Defendant has not fully retained the attorney.

2. This is the 2nd continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does not object to this motion.

3. I understand that if this motion is granted, I must appear in court at 8:00 a.m. on the 12/06/2023 court docket, and that failure to appear may result in the issuance of an arrest warrant.

<u>Nichole Cotton</u>
Attorney

**INTIAL DOCKET:**

      The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do so would likely result in **miscarriage of justice.**

[ ] The **unusual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.

[ ] Failure to do so would deny the Defendant reasonable **time to obtain counsel.**

[x] Failure to do so would unreasonably deny the Defendant **continuity of counsel.**

[ ] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

      Accordingly, the continuance is ALLOWED. The intervening time from _____ to _____ is excluded from speedy trial computation under 18 USC 3161.

_____                  _____

 Date                                                             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION OF NORTH CAROLINA

WESTERN DIVISION

CASE NO: 5:23-mj-02022-KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| VS. | ) | CERTIFICATE OF SERVICE |
|  | ) | |
| MARCUS GREENE | ) | |

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a Motion to Continue was served on JAG Officer via Notice of Electronic Filing 11/21/2023.

This is the 21st day of November 2023.

    /s/ Nichole M. Cotton
Attorney for Defendant
Nichole M. Cotton
Cotton Law Firm, PLLC.
219 Dick St.
Fayetteville, NC 28301
(910) 339-1880